The Honorable J. Richard Creatura

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CORY CROSBY,<br><br>Defendant. | NO. MJ17-5169<br><br>COMPLAINT FOR VIOLATION<br><br>18 U.S.C. § 2251(a), (e) |

BEFORE, the Honorable J. Richard Creatura, United States Magistrate Judge, U. S. Courthouse, Tacoma, Washington.

## COUNT 1

### (Production of Child Pornography)

Between July and August 2017, at Tacoma, within the Western District of Washington, and elsewhere, CORY CROSBY knowingly employed, used, persuaded, induced, enticed, and coerced CV1, a person under the age of eighteen, to engage in sexually explicit conduct, and attempt to do so, for the purpose of transmitting any live visual depiction of such conduct knowing and having reason to know that such visual depiction would be transmitted using any means and facility of interstate and foreign commerce and would be transmitted in and affecting interstate and foreign commerce and such visual depiction was transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

COMPLAINT/*United States v. Crosby* - 1
MJ17-5169

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 18, United State Code, Section 2251(a) and (e).

And the complainant states that this Complaint is based on the following information:

I, Special Agent Ingrid Arbuthnot-Stohl, being duly sworn under oath, depose and say:

## INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), assigned to the Special Agent in Charge in Seattle, Washington. I have been an agent with the FBI since December 2010. As part of my daily duties as an FBI agent, I investigate criminal violations relating to child exploitation and child pornography, including violations of Title 18, United States Code §§ 2251(a), 2252A, 2422, and 2423. I have received training in the area of child pornography and child exploitation, and have observed and reviewed numerous examples of child pornography in numerous forms of media, including media stored on digital media storage devices such as computers, iPhones, etc. I have also participated in the execution of numerous search warrants involving investigations of child exploitation offenses. I have participated in numerous operations targeting the trafficking of women and children for prostitution, and am versed in the methods and motivations of those who sexually exploit women and children for financial gain. I am a member of the Seattle Internet Crimes Against Children (ICAC) Task Force in the Western District of Washington, and work with other federal, state, and local law enforcement personnel in the investigation and prosecution of crimes involving the sexual exploitation of children.

2. The facts set forth in this Complaint are based on my personal knowledge; knowledge obtained from other individuals during this investigation, including other law enforcement officers; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described below; and information gained through my training and experience. I have not, however, set forth each and every fact known to me as a result of

COMPLAINT/*United States v. Crosby* - 2
MJ17-5169

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | this investigation but only those facts I believe necessary to establish probable cause to
2 | conclude that CORY CROSBY committed the offense charged in this Complaint.

### SUMMARY OF THE INVESTIGATION

3. On October 2, 2017, FBI Special Agent Daniel J. Johns appeared before United States Magistrate Judge David W. Christel and applied for (and was granted) a warrant to search the Tacoma, Washington, home of CORY CROSBY. As SA Johns explained in the search warrant affidavit, his investigation revealed that CORY CROSBY has been enticing minors to create images and videos of themselves engaging in sexually explicit conduct and share them with him over the internet.

4. Assisted by other law enforcement, SA Johns and I executed that warrant on October 4, 2017. Upon entering the home, we encountered CROSBY. At our request, CROSBY agreed to come to the FBI office in Tacoma and be interviewed. After CROSBY was advised of his constitutional rights, he acknowledged he understood them and agreed to a recorded interview.

5. CROSBY explained that he moved into his current residence in the middle of May of this year. Among other things, CROSBY acknowledged using various internet-based video/chat applications to engage in chats with minors for several years. He explained that during these chats, he persuaded these minors to expose their genitals, masturbate, and/or engage in other sexual activity and produce photos or videos of this sexually explicit conduct. He stated that he would either have the minors send these photos and videos to him over the internet or simply record them engaging in sexually explicit conduct while it was streaming from a webcam. CROSBY further stated that he saved the sexually explicit images and videos of these minors on an external hard drive.

6. During the search of CROSBY's home, agents recovered a Western Digital external hard drive (S/N WX31DB6N8X0L) bearing a label indicating it was manufactured in Malaysia. A forensic preview of this external drive revealed it contained numerous folders, each of which CROSBY explained corresponded to a minor from whom he solicited sexually explicit images or videos. Among the folders on his drive

COMPLAINT/*United States v. Crosby* - 3
MJ17-5169

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

was a folder entitled "Encode." This folder included several dozen videos recorded from various internet-based video streaming services. CROSBY explained that each filename contained the victim's name, her age at the time the video was captured, and the date on which he captured it.

7. SA Johns provided descriptions of two such video files, and I include those below. Both of the videos described below are captures from an internet-based video streaming application. SA Johns has been a Special Agent of the FBI since March 2007 and is currently assigned to the Philadelphia Division, Philadelphia, Pennsylvania. He has conducted numerous investigations involving computer crimes, particularly those related to child pornography and child exploitation. Over the course of his career, SA Johns has examined over 100,000 examples of child pornography images/videos.

> **CV11320170711-185839.avi:** This video is fifty minutes and thirty-three seconds long. The video depicts a female (CV1), who is completely naked. During the video, she masturbates and digitally penetrates both her vagina and anus. The majority of the video is a close-angle depiction of her anus and vagina. CV1's body size, musculature, and physical development all appear consistent with a girl who is thirteen years old.

> **CV11320170812-195043.mp4:** This video is one hour and sixteen minutes long and also depicts CV1. CV1 is completely naked throughout the video and is shown masturbating, digitally penetrating her vagina, performing oral sex on an artificial penis, and repeatedly inserting the artificial penis into her anus. As above, CV1's size, musculature, and physical development all appear consistent with a girl who is thirteen years old.

8. As CROSBY explained, the name of each file indicates that it was a recording of CV1, that CV1 was thirteen at the time, and that the first video was captured on July 11, 2017, while the second was captured on August 12, 2017. CROSBY also admitted that he had been soliciting sexually explicit images/videos from CV1 for approximately two years and that at the time he obtained the videos above, he knew that CV1 was thirteen years old.

//
//

COMPLAINT/*United States v. Crosby* - 4
MJ17-5169

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CONCLUSION

9. Based on the above facts, I respectfully submit that there is probable cause to believe that CORY CROSBY did knowingly and unlawfully produce child pornography, in violation of Title 18, United States Code, Section 2251(a), (e).

_____
Ingrid Arbuthnot-Stohl, Complainant
Special Agent, FBI

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

Dated this 5th day of October, 2017.

_____
J. RICHARD CREATURA
United States Magistrate Judge

COMPLAINT/*United States v. Crosby* - 5
MJ17-5169

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970